**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TARA ARCHITECTURAL WINDOWS & DOORS, LLC, a New Jersey Limited Liability Company,<br><br>    Plaintiff,<br>vs.<br><br>NELSON DANIELS, INC., a California Corporation, d/b/a SHAWN NELSON BUILDERS,<br><br>    Defendants. | Case No.: CV 14-7488-DMG (AGRx)<br><br>**ORDER RE; STIPULATION FOR DISMISAL OF ACTION**<br>**[38]** |
| NELSON/DANIELS, a California corporation d/b/a SHAWN NELSON BUILDERS,<br><br>    Counter Claimant,<br>vs.<br>TARA ARCHITECTURAL WINDOWS & DOORS, LLC, a New Jersey Limited Liability Company,<br><br>    Counter Defendant. | |

The Court, having reviewed the Stipulation of the Parties TARA ARCHITECTURAL WINDOWS AND DOORS, LLC ("Tara Architectural") and NELSON DANIELS, a California Corporation, d/b/a SHAWN NELSON BUILDERS ("Shawn Nelson Builders"), and upon good cause, hereby ORDERS as follows:

1. The Complaint filed by Tara Architectural is hereby dismissed in its entirety, with prejudice.
2. The Counter-Claim filed by Shawn Nelson Builders is hereby dismissed in its entirety, with prejudice.
3. The parties shall bear their respective fees and costs.
4. The Court will retain jurisdiction to enforce the Settlement Agreement.
5. All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.

DATED: August 26, 2015

                                               DOLLY M. GEE
                                           UNITED STATES DISTRICT JUDGE